# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KERRY R. WITZ & KELLY J. WITZ  
1701 WEST OAKLEAF DRIVE  
MCHENRY, IL  60050

Case Number: 06-72483  
SSN-xxx-xx-2869 & xxx-xx-0781

Case filed on: 12/28/2006  
Plan Confirmed on: 3/23/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $1,916.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BOHLMAN LAW OFFICES, P.C. | 2,526.00 | 2,526.00 | 311.88 | 0.00 |
|  | Total Legal | 2,526.00 | 2,526.00 | 311.88 | 0.00 |
| 028 | KERRY R. WITZ | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | KERRY R. WITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERIQUEST MORTGAGE COMPANY | 1,400.00 | 1,400.00 | 0.00 | 0.00 |
| 002 | BENEFICIAL ILLINOIS INC | 3,776.00 | 3,776.00 | 0.00 | 0.00 |
| 003 | HOUSEHOLD AUTOMOTIVE FINANCE CORP | 8,025.00 | 8,025.00 | 1,235.89 | 255.07 |
|  | Total Secured | 13,201.00 | 13,201.00 | 1,235.89 | 255.07 |
| 003 | HOUSEHOLD AUTOMOTIVE FINANCE CORP | 601.97 | 601.97 | 0.00 | 0.00 |
| 004 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AOL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ARMOR SYSTEMS CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CENTEGRA NORTHERN ILLINOIS MED CENTER | 788.44 | 788.44 | 0.00 | 0.00 |
| 008 | NORTHERN ILLINOIS MEDICAL CENTER | 1,638.91 | 1,638.91 | 0.00 | 0.00 |
| 009 | CERTIFIED SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CHILDRENS MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CONROY SPORTS PHYSICAL THERAPY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | DIVERSIFIED SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | GREAT LAKES SPECIALTY FINANCE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | LAKE / MCHENRY PATHOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MEDCLR, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MERCH & PROF CB | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MERLINS MUFFLER & BRAKE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | NICOR GAS | 278.83 | 278.83 | 0.00 | 0.00 |
| 021 | PAYDAY LOAN STORE OF IL, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | RIVERSIDE ANIMAL CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ASSET ACCEPTANCE CORP | 1,537.27 | 1,537.27 | 0.00 | 0.00 |
| 024 | STATE COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | THE PEDIATRIC FACULTY FOUNDATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | WHISPERING HILLS WATER CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | WILMOT MEDICAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 4,845.42 | 4,845.42 | 0.00 | 0.00 |
|  | Grand Total: | 20,572.42 | 20,572.42 | 1,547.77 | 255.07 |

Total Paid Claimant:    $1,802.84  
Trustee Allowance:       $113.16  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007          By  /s/Heather M. Fagan